BUSCEMI *v.* WARDEN OF MARYLAND
HOUSE OF CORRECTION

[P. C. No. 3, September Term, 1959 (Adv.).]

*Decided July 6, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-COTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons set out in the opinion of the court below. On the first point, that his sentence as a second offender was illegal, because Code (1957), Art. 27, sec. 300, was enacted subsequent to his first conviction in 1949, see also *Taylor v. Warden,* 213 Md. 646, and *Beard v. Warden,* 211 Md. 658, which dispose of the point. Cf. *Buscemi v. Warden,* 215 Md. 620.